# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>      Plaintiff,<br>v.<br><br>PATRICK R. MCKINNEY, II, et al.,<br><br>      Defendant(s). | CASE NUMBER:<br><br>CV 19-4034-SVW (KK)<br><br>**ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |

On May 21, 2019, the Court DENIED Plaintiff's request to file the action without prepayment of the full filing fee. Plaintiff was ordered to pay the filing fee in full within 30 days, and advised failure to do so would result in closure of the case.

Plaintiff has failed to timely pay the full filing fee. Accordingly, the case is ORDERED CLOSED for failure to pay the full filing fee.

IT IS ORDERED.

DATED: July 8, 2019

                             United States District Judge
                             STEPHEN V. WILSON

Presented by:

United States Magistrate Judge